### J. H. NICHOLS v. ROY BROWN

33 So. (2nd) 161                                        June Term, 1974
January 6, 1948                                              En Banc

*Carroll W. Fussell,* for appellant.
*A. M. Roland,* for appellee.

PER CURIAM:

The decree in favor of appellee in this case should be re-

versed and the cause remanded with direction that decree be entered in favor of the appellant on authority of our opinions and judgments in Kester v. Bostwick, 153 Fla. 437, 15 So. (2nd) 201; Tindel v. Griffin, 157 Fla. 156, 25 So. (2nd) 200 and Goodman v. Carter, 158 Fla. 112, 27 So. (2nd) 748.

It is so ordered.

TERRELL, BUFORD, SEBRING and BARNS, JJ., concur.

THOMAS, C. J., CHAPMAN and ADAMS, JJ., dissent.